UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
96 BROADWAY, LLC, ET AL.,

              plaintiffs,            **CERTIFICATE OF SERVICE**

-against-

                                      07 CIV. 6689 (SCR)

THE CITY OF NEWBURGH, ET AL.,

              defendants,

----------------------------------X

    I hereby certify that a copy of Respondent CITY OF NEWBURGH's Notice of Motion, Declaration of Nicholas A. Pacale, Esq. in support w/Exhibits and Memorandum of Law were Electronically filed and served by first class mail on October 19, 2007 to:

        Honorable Stephen C. Robinson
        United States District Court
        Southern District of New York
        300 Quarropas Street
        White Plains, New York 10601

        The Law Offices of Douglas R. Dollinger
        96 Broadway
        Newburgh, New York 12550

        Michael Molus and Carol Molus
        C/O Douglas R. Dollinger
        96 Broadway
        Newburgh, New York 12550

        Monte Rosenstein, Esq.
        PO Box 2215
        Middletown, NY 10940


Dated:    Newburgh, New York
           October 22, 2007

                                              */s/ Linda M. Fisher*
                                                LINDA M. FISHER