*Robinson, J.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

96 BROADWAY LLC, et al.,

                Plaintiffs

- against -

THE CITY OF NEWBURGH, et al.,

                Defendants.

------------------------------------x

07 CIV. 6689 (SCR)

STIPULATION & ORDER EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein, that defendants' time to answer, move or otherwise respond to the complaint is extended to and including December 11, 2007.

November 16, 2007

BERGSTEIN & ULLRICH, LLP

By: _____
Stephen Bergstein, Esq. (6810)

15 Railroad Avenue
Chester, New York 10918
(845) 469-1277
Attorney for Defendant Michael Gabor

LAW OFFICES OF DOUGLAS DOLLINGER

By: _____
Douglas Dollinger, Esq. (5922)

113 Liberty Street
Newburgh, New York 12550
(845) 562-9601
Attorneys for Plaintiffs

40 Matthews Street Suite 101
Goshen, New York 10834
(845) 294 2771

SO ORDERED:

_____
Honorable Stephen R. Robinson
United States District Judge
Date: ~~November~~ December 3, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY F[ILED]
DOC #: _____
DATE FILED: _____