**EXHIBIT "23"**

 **VoyForums** | Create a New Forum | [Go!]

<u>Zango Online Games</u> - Offer free games to your users! Get full versions of great games for absolutely free. The user never pays! Let Zango Games build you a Games section to your website! Get paid to offer free games to your users! E-mail partner@zango.com for more info

[ <u>VoyUser Login</u> not required ] [ <u>Contact Forum Admin</u> ] [ Main index ] [ <u>Post a new message</u> ] [ <u>Check update time</u> ]
[ Archives: <u>1</u> ]

[ **Next Thread** | Previous Thread | **Next Message** | Previous Message ]

**Date Posted:** *10:08:48 06/12/06 Mon*
**Author:** Darthy V
**Subject:** Dumbo,Dirtbag, Degenerate,= Dollinger

Michael oh la la ,you have such a way with words. Maybe the Orange County Bar Association should be alerted to the mis-adventures of this corupt attorney? Did you not hear Michael of the ASBESTOS REMOVAL performed without a permit at 96 Broadway? Brian F. did and he will spread the alarm. 96 Broadway is only 2 blocks from the new scholl opening. Hmmm use you imagination. TH-Record may be intrsted in such a story.

[ Next Thread | Previous Thread | Next Message | Previous Message ]



| Create a New Forum | | Go! |

 *VoyForums User Accounts are here!* 
Features: Message editing and Visible VoyUser Status

[ VoyUser Login not required ] [ Contact Forum Admin ] [ Main index ] [ Post a new message ] [ Check update time ]
[ Archives: 1 ]

[ **Next Thread** | Previous Thread | **Next Message** | Previous Message ]

**Date Posted:** *10:01:20 06/12/06 Mon*
**Author:** Michael G.
**Subject:** Dumbo Dollinger

This Dumbo and his lawsuit is going nowhere. Remember Rudy and Taylor's lawsuit? That went in the toilet as did the one against Fred Emden. WE as a group are protected by the Constitution and freedom of speech. This cash felon Dollinger has no idea. Some one should tell him we don't back down. We will run him out of Newburgh. This is our city and we don't want criminals bribeing our officials. he can take Cummings with him and give him a job.



**VoyForums** ［ ］



Create a New Forum  ［ Go! ］

[ VoyUser Login not required ] [ Contact Forum Admin ] [ Main index ] [ Post a new message ] [ Check update time ]
[ Archives: 1 ]

[ **Next Thread** | Previous Thread | **Next Message** | Previous Message ]

**Date Posted:** *08:23:41 06/13/06 Tue*
**Author:** "We The People"
**Subject:** Scumbag Dollinger!

Read the Constitution ASSHOLE! FREEDOM OF SPEECH,THE FIRST AMENDMENT!!!!! You will
not silence us, you are our prime target now! You're history, you will never have any peace. You have a
total and collossal nerve to send someone to a public protected space to serve us with papers. Was that
the idea of that fat stinkin' piece of shit McCarthy? Fuck him and you, and Rudy and the rest of the
criminal element all of you are associated with...You Suck what are you going to do about it... WE got
your number Dollinger...START PACKING... and take CUMMINGS with you... we have someone in
his office and she lets us know about the corruption going on...YOU ARE OUTED!!!!

[ Next Thread | Previous Thread | Next Message | Previous Message ]







| Create a New Forum | Go! |

[ VoyUser Login not required ] [ Contact Forum Admin ] [ Main index ] [ Post a new message ] [ Check update time ] [ **Archives:** 1 ]

[ **Next Thread** | Previous Thread | **Next Message** | Previous Message ]

**Date Posted:** *10:44:38 06/22/06 Thu*
**Author:** Michael G.
**Subject:** City Criminals

Let's get this investigation going...call the inspectors in Albany have them come down hard on Dollinger. We have to crush this project ASAP. That building was in excellent condition and he destroyed it. He bribed our city building inspector, that needs to be investigated. Our Mayor according to our witness was bribed too! Now start the machine and bring down the full weight of our government on the DOLLINGER CRIME SPREE!

**VOYFORUMS**

Create a New Forum | Go!

1000GreetingCards.com    eMail    over 1000
GREETING CARDS    to choose from
CLICK HERE

[ VoyUser Login not required ] [ Contact Forum Admin ] [ Main index ] [ Post a new message ] [ Check update time ]

[ Next Thread | Previous Thread | Next Message | **Previous Message** ]

**Date Posted:** *16:17:12 06/17/06 Sat*
**Author:** BJ
**Subject:** Re: GET OUT WHITE TRESSPASSERS
**In reply to:** MG 's message, *"Re: GET OUT WHITE TRESSPASSERS"* on *16:14:18 06/17/06 Sat*

>>weird
>We will own all of Newburgh and it will be all of you
>tahat are gone.


Excuse me! The White settlers are who settled this land. Before the europeans it was the savages that prevailed. Although a woman of color, I know our place in history.

 free messageboard services

Create a New Forum

**American Coed Pageants**
Over $15M awarded Since 1983 Max of 45 girls , 6 age groups 3-22
www.misscoedpageants.com

**VOY Student Loans**
Low rates, and easy application. Apply by email or phone.
www.voystudentloans.com

**Beauty Pageants**
Become a Model - Be Prepared. Find Suc Make Money. Start Here!
www.onesourcetalent.com

Ads by

[ VoyUser Login not required ] [ Contact Forum Admin ] [ Main index ] [ Post a new message ] [ Check update time ]
[ Archives: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 ]

[ **Next Thread** | Previous Thread | **Next Message** | **Previous Message** ]

Date Posted: *Thursday, June08, 06:35:pm*
Author: Pink Slips
Subject: 🌀 Re: Oh, you beautiful "Doll" inger
In reply to: D.V. to Mal again 's message, *"Re: Oh, you beautiful "Doll" inger"* on *Thursday, June08, 06:15:pm*

Maybe this scandal will allow the city to fire Cummings the corrupt( Bought and Caught)and McGrane. We then could get that other fellow they were talking about Mangual or anybody but McGrane. A clean sweep at City Hall. While we are on a roll how about making Dollinger put 96 broadway back to the way it was. Another $250,000.00 Mr. D? Carnac say, maybe Dollinger will have some tax problems soon? Maybe the Attorney General should look into his shady dealings with Rudy and the city.



Create a New Forum    Go!

[ VoyUser Login not required ] [ Contact Forum Admin ] [ Main index ] [ Post a new message ] [ Check update time ]
[ Archives: 1 ]

[ **Next Thread** | Previous Thread | **Next Message** | Previous Message ]

**Date Posted:** *07:37:45 06/14/06 Wed*
**Author:** BJ
**Subject:** Dollinger=Crime

It is a sad day we have criminals like this trying to take over Newburgh. We have this enemy of the Public good,This "Judas" McCarthy who is helping him sell out the city. We have other judas' Chanin, Drunkin McGrane,The Courtesan Courtney,Cash Cummings, Little nicky the mayor Gangster wannabe. Oh Yes we have the ignorant Bowles and senile Angelo all selling our city down the drain. Hooray for the ARC they stopped the crime spree.

[ Next Thread | Previous Thread | Next Message | Previous Message ]

  

Create a New Forum     Go!

Credit Finder USA - Get up to 4 free loan quotes with one simple form. No cost, no credit check, no obligation. Over 200 premier network lenders to serve you. All credit types in all states welcome. Apply today.

[ VoyUser Login not required ] [ Contact Forum Admin ] [ Main index ] [ Post a new message ] [ Check update time ]

[ Next Thread | Previous Thread | Next Message | **Previous Message** ]

**Date Posted:** *16:14:18 06/17/06 Sat*
**Author:** MG
**Subject:** Re: GET OUT WHITE TRESSPASSERS
**In reply to:** nfa 's message, *"Re: GET OUT WHITE TRESSPASSERS"* on *14:51:36 02/01/06 Wed*

>weird
We will own all of Newburgh and it will be all of you tahat are gone.

[ Next Thread | Previous Thread | Next Message | **Previous Message** ]



**VoyForums** 

Create a New Forum

[ VoyUser Login not required ] [ Contact Forum Admin ] [ Main index ] [ Post a new message ] [ Check update time ]
[ Archives: 1 ]

[ Next Thread | Previous Thread | Next Message | Previous Message ]

**Date Posted:** *08:23:41 06/13/06 Tue*
**Author:** "We The People"
**Subject:** Scumbag Dollinger!

Read the Constitution ASSHOLE! FREEDOM OF SPEECH,THE FIRST AMENDMENT!!!!! You will not silence us, you are our prime target now! You're history, you will never have any peace. You have a total and collossal nerve to send someone to a public protected space to serve us with papers. Was that the idea of that fat stinkin' piece of shit McCarthy? Fuck him and you, and Rudy and the rest of the criminal element all of you are associated with...You Suck what are you going to do about it... WE got your number Dollinger...START PACKING... and take CUMMINGS with you... we have someone in his office and she lets us know about the corruption going on...YOU ARE OUTED!!!!

[ Next Thread | Previous Thread | Next Message | Previous Message ]

 **VOYFORUMS**   Create a New Forum    Go!

 *VoyForums User Accounts are here!* 

Features: Message editing and Visible VoyUser Status

[ VoyUser Login not required ] [ Contact Forum Admin ] [ Main index ] [ Post a new message ] [ Check update time ]
[ Archives: 1 ]

[ **Next Thread** | Previous Thread | **Next Message** | Previous Message ]

**Date Posted:** *10:01:20 06/12/06 Mon*
**Author:** Michael G.
**Subject:** Dumbo Dollinger

This Dumbo and his lawsuit is going nowhere. Remember Rudy and Taylor's lawsuit? That went in the toilet as did the one against Fred Emden. WE as a group are protected by the Constitution and freedom of speech. This cash felon Dollinger has no idea. Some one should tell him we don't back down. We will run him out of Newburgh. This is our city and we don't want criminals bribeing our officials. he can take Cummings with him and give him a job.

Section

/




VOYFORUMS

Create a New Forum                    Go!



[ VoyUser Login not required ] [ Contact Forum Admin ] [ Main index ] [ Post a new message ] [ Check update time ]
[ Archives: 1 ]

[ Next Thread | Previous Thread | Next Message | Previous Message ]

**Date Posted:** *08:19:49 06/09/06 Fri*
**Author:** Demolition Man
**Subject:** 96 Broadway

The whole affair stinks! It must be investigated by the Attorney General. When will we ever have honest developers in Newburgh and politicians. Is not 96 Broadway another Rudy Lamar deal? The garbage around here just goes on forever. Unending corruption. All I can say is keep complaining on this Dollinger group til they leave town make it miserable for them to operate.

[ Next Thread | Previous Thread | Next Message | Previous Message ]

**VOY FORUMS** SERVICES

**American Coed Pageants**
Over $15M awarded Since 1983
Max of 45 girls , 6 age groups 3-22

**Rutherford Irish Dance**
Irish Dance Shoes and Accessories
Irish Dance Information and More

**McMenamin Irish Dance**
Irish dance academy milwaukee wi
midwest dancer school

**Irish Ringtone**
Send this ringtone to your phone
right now, at no charge!

Ads by Google

[ VoyUser Login not required ] [ Contact Forum Admin ] [ Main index ] [ Post a new message ] [ Check update time ]
[ Archives: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 ]

[ **Next Thread** | Previous Thread | **Next Message** | **Previous Message** ]

**Date Posted:** *Tuesday, June13, 01:53:pm*
**Author:** Darthy V aka Jane Doe 13
**Subject:** Re: "Beware the Wolf in Sheeps Clothing"
**In reply to:** BJ aka Jane Doe 's message, *""Beware the Wolf in Sheeps Clothing""* on *Tuesday, June13, 08:53:am*

I dare his evil and corupt lawyer to sue me. Go ahead and you will be countersued. Crooked builders are not wanted in Newburgh, go back to California.

[ Next Thread | Previous Thread | Next Message | Previous Message ]

[ VoyUser Login ] Not required to post.

  

Create a New Forum

Zango Online Games - Offer free games to your users! Get full versions of great games for absolutely free. The user never pays! Let Zango Games build you a Games section to your website! Get paid to offer free games to your users! E-mail partner@zango.com for more info

[ VoyUser Login not required ] [ Contact Forum Admin ] [ Main index ] [ Post a new message ] [ Check update time ]
[ Archives: 1 ]

[ Next Thread | Previous Thread | Next Message | Previous Message ]

**Date Posted:** *10:15:17 06/12/06 Mon*
**Author:** BJ
**Subject:** Dollinger =Persona Non Gratia

Oh my my, how deliteful. 3-D =Dirtbag, Dumbo,Degenerate, Dollinger. Oh I'm ROF,LOL that is so hesterical. Why do these carpetbaggers still think they can come into Newburgh and buy their way around town and break laws? Send him packing now. 3-D get away from me.

[ Next Thread | Previous Thread | Next Message | Previous Message ]

**VOYFORUMS**

Create a New Forum [Go!]


Dozen Roses for only $29.95
Show Your Love ⓔ Send Flowers

[ VoyUser Login not required ] [ Contact Forum Admin ] [ Main index ] [ Post a new message ] [ Check update time ]
. [ Archives: 1 ]

[ Next Thread | Previous Thread | Next Message | Previous Message ]

**Date Posted:** *07:37:45 06/14/06 Wed*
**Author:** BJ
**Subject:** Dollinger=Crime

It is a sad day we have criminals like this trying to take over Newburgh. We have this enemy of the Public good,This "Judas" McCarthy who is helping him sell out the city. We have other judas' Chanin, Drunkin McGrane,The Courtesan Courtney,Cash Cummings, Little nicky the mayor Gangster wannabe. Oh Yes we have the ignorant Bowles and senile Angelo all selling our city down the drain. Hooray for the ARC they stopped the crime spree.

[ Next Thread | Previous Thread | Next Message | Previous Message ]

 Create a New Forum                                    [ Go! ]

Tournament Games - Compete online at Tournament Solitaire, Triple stars, MentalBlocks. FastMatch. DropIt etc. CASH PRIZES! $10.00 Free Credits

[ VoyUser Login not required ] [ Contact Forum Admin ] [ Main index ] [ Post a new message ] [ Check update time ]
[ Archives: 1 ]

[ **Next Thread** | **Previous Thread** | **Next Message** | **Previous Message** ]

**Date Posted:** *08:09:23 06/15/06 Thu*
**Author:** Jane Doe # 45
**Subject:** Be Vigilant

There may be some trolls on here. Be careful. Deny everything. We can drive them all nuts. Tell everyone it is someone else ,not us on here.Kepp to our plans. use our codes. : %~-///+=```::>/,. Catch my drift. Use the switcher for the IP adresses.



**VOYFORUMS**

Create a New Forum    Go!

Find Cars From $500    Auctions / Pre-Owned / Repos / Dealer Specials    Search!

[ VoyUser Login not required ] [ Contact Forum Admin ] [ Main index ] [ Post a new message ] [ Check update time ]
[ Archives: 1 ]

---

[ **Next Thread** | Previous Thread | **Next Message** | Previous Message ]

**Date Posted:** *07:53:59 06/16/06 Fri*
**Author:** John Doe
**Subject:** 96 Broadway Problem

My friends we do have a legal problem because of our exerciseing our right to freedom of speech. I think you will agree that it would be prudent to be careful on /166166/ and on here/174209/ and the other sites. By all means continue to make your complaints about 96 Broadway to the agency's of your choice. I will give you further instructions now. Check them carefully they are encoded on what proceedures to follow.

Private Investigator: ?:`:~:~` *^/>:=^<><><>:/`=+-^*# ?.,~~.,<>/|V

96 Broadway: |\|=^^`~><><<<./`\|+**%`~:.,><<<>//:^#~=//

Dollinger: ///^>>..<<***#^/|=*^~|%*%/? 'V#~<><><><>^^^^^/|||*^`+:::/%

City Councel: %2=V. ?><<><>><^?=% ~~/|\.>^<=^%=><<>^<<^>>^^<<^0>,?Z=Pr>, #*^><#/|

[ Next Thread | Previous Thread | Next Message | Previous Message ]

**From:** Crankin'

**Date:** 29 Oct 2003

**Time :** 09:15:43

**Remote Name:** 204.210.148.240

## Comments

We are on a jugernaught my fellow NAGS. We have to keep up the pressure. The control of this city is now within our reach. We have to take it over by any means necessary. That means get on all the boards; go to all council meetings and NAG, NAG,NAG! Do whatever it takes. Our group is the only one who can so let's do it!

**Last Changed: October 29, 2003**

**From:** Crankin'

**Date:** 10 Nov 2003

**Time :** 19:25:48

**Remote Name:** 204.210.148.240

# Comments

I think we should nominate this Manny Mangual for NAG of the year! He along with Crac and Kulkin dropped Marono in his tracks. He also socked the beastie in black from the Black Press for the story he wrote about Regina and her racist remarks. It is becoming more and more a NAG world here in good old Newburgh. We cannot rest on our laurels. Sabotage; get our targets, by any means necessary. NAGS will prevail. Vini Veni Vinci!

**Last Changed: October 29, 2003**

**From:** Crankin' PS

**Date:** 14 Oct 2002

**Time :** 08:15:21

**Remote Name:** 204.210.148.240

## Comments

BJ who are all these lunatics? This Lipton and Frontera the pin up pimp? I guess this is what he does when he is not bribing the Mayor or pandering to Rudy Lamar and the other poverty pimps. Our spies have observed the Black press' wonder reporter McCarthy over at Chiantis' devouring some pasta. Oops! Something might fall in his food tee hee. Hmm what could we do to disrupt that den of mobster crime? Perhaps some alum in the salad.  The next Newburgh Developers Meeting would be a good chance? Rumors and more rumors. Start them get them going.  We have to try and close Chiantis' by any means necessary. I almost forgot! Polly have our Nag friend in N.J. check out this Lipton. Have our N.J. friend check his files with the various P.D.s he alleged he worked for.  L.O.H. said that's the route to go. RMP said Lipton is a bonafide nut job and SFM agrees.

---

**Last Changed: October 15, 2002**

**From:** Crankin'

**Date:** 14 Jan 2003

**Time :** 11:11:21

**Remote Name:** 204.210.148.240

## Comments

Hear ye Hear Ye! Calling all NAGS... Meeting to be held ASAP at Dana's Uptown Grill. Polly and BJ get as many of us as you can to attend. Tell Brian to bring all his notes on The Savoy. That problem has to be discussed. Invite our friends too. We have much serious business to discuss. The current trolls on our site have to be dealt with, by any means Necessary. Bob at Dana's needs a favor from us. The Elbow Room is stealing some of his business and he needs our" Special" help.

---

**Last Changed: January 20, 2003**

**VOYFORUMS**

Create a New Forum

**Building Inspections**
Collect data & photos on a Pocket
PC--fast, easy, and accurate.

**Dov Herman 718-Inspect**
Inspect With A Name You Can
Trust Home Condo Co Op
Brownstone Inspect

**A-Pro Home Inspections**
Infrared Inspections see more We
find Hidden safety issues

**EnerGov Solutions**
Local Government Softv
Solutions Permits, Code
Licensing

Ad

[ VoyUser Login not required ] [ Contact Forum Admin ] [ Main index ] [ Post a new message ] [ Check update time ]
[ Archives: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 ]

[ Next Thread | Previous Thread | Next Message | Previous Message ]

Date Posted: *Wednesday, June 14, 11:28:pm*
Author: Michael G.

Subject: 🐢 Re: Newburgh Advocate
In reply to: Gracie Knoll 's message, *"Re: Newburgh Advocate"* on *Wednesday, June 14, 10:11:pm*

You heard him- he has half a million dollars of someone's money tied up in this building. Boy, he must be Mr. Bigbucks being able to so casually spend so much money in a place he obviously knows little about.

It certainly doesn't make any sense, which is why we all have to IMAGINE why this is. So far no substantial information has yet been divulged. Mr. Cummings clearly showed no interest in presenting an accurate timeline. Who were these "consultants" he refers to? What is the date on those plans? Why has he not shown up to any ARC meetings that I can remember since he represented Mr. Carchietta to get those buildings razed on Broadway? Who is he REALLY working for? Where's that letter I requested be brought to the ARC's attention?

Notice when Ms. Lonczak brings up a previous application on this building that Mr. Cummings suggests that it's in another property file. Why is there more than one property file on this building and, if so, why did he not bring it with him? Why are there NEVER any property files available at these meetings unless they're specifically requested ahead of time? Why is even a basic map of the historic district NEVER available when it is requested at almost EVERY meeting?

Who's the architect? Who's the engineer? Since when is it the onus of the building inspector to reveal publicly available local laws? Last I heard, ignorance of the law is no excuse. It sure would be nice if the building inspector did his job, but I can't imagine a permit issued against our code could survive legal scrutiny.

Now that Mr. Dollinger has expressed his intention to do what he damn well pleases, is the building inspector going to make some deal to allow the construction to progress, or sit idly by and not do anything pro-active to stop the work? He did nothing to actively enforce the first stop work order. Many of the public witnessed additional work afterwards and I complained several times to his secretary Ann.

Notice that the building inspector mentions that "representatives" of the project changed, but he mentioned nothing about the plans changing. So I would guess, one could conclude that these plans were the plans originally presented. Unless the building inspector has no interest in the historic district, which he clearly has seemed to express since his hiring, why is it that such a major change to a building is not reviewed by anyone but him? How can this building inspector accept a job in a city whose historic district is one of its greatest features and attractions and assets yet not exhibit ANY interest in preserving or actively protecting these buildings?

**VoyForums** 

Create a New Forum    Go!

1000GreetingCards.com - Send Free ecards - Send free ecards +
Freebies & Bargains available in their free newsletter.

[ VoyUser Login not required ] [ Contact Forum Admin ] [ Main index ] [ Post a new message ] [ Check update time ]
[ Archives: 1 ]

[ Next Thread | Previous Thread | Next Message | Previous Message ]

**Date Posted:** *08:14:26 06/15/06 Thu*
**Author:** John Doe Number 33
**Subject:** Get Him

Get this asshole. Have BF call in every complaint he can. Have him watch the site at 96 for any activity.
He might spot some pot smoking by workers,use your imagination.

[ Next Thread | Previous Thread | Next Message | Previous Message ]



| Create a New Forum | Go! |

*Notice: Posting problems? [ __Click here__ ]*

Tsunami: South-East Asia relief fund


MercyCorps

MercyCorps is a highly rated and respected humanitarian organization, chosen by Voyager Info-Systems for their low cost overhead and ability to contribute directly to the cause of your choice.

[ VoyUser Login optional ] [ Contact Forum Admin ] [ Main index ] [ Post a new message ] [ Check update time |
Archives: 1, 2 ]

---

[ **Next Thread** | Previous Thread | **Next Message** | **Previous Message** ]

**Date Posted:** *15:17:52 07/03/07 Tue*
**Author:** Rudy Watcher
**Subject:** Re: Rudy Doody Duty
**In reply to:** ANGEL 's message, *"Re: Rudy Doody Duty"* on *08:27:43 05/26/07 Sat*

Rudy Lamar has to be watched othewise he will slip in on Broadway as that 96 Broadway project. Thank Goodness we have our people on the ARC to stop that project. Our historic buildings must remain that way. Rudy and his frontmen will not prevail.

**VOYFORUMS**

Create a New Forum

**New York Budget Hotels**
Five award-winning budget hotels In Midtown
Manhattan. Great deals!
www.applecorehotels.com

**Broadway Show Tickets**
Find tickets for all Broadway shows Show
reviews, dinner deals & more
www.Broadway.com

**Privacy Tactics**
Learn how to protect your personal
Information assets.
privacytactics.com

Ad

[ VoyUser Login not required ] [ Contact Forum Admin ] [ Main index ] [ Post a new message ] [ Check update time ]
[ Archives: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 ]

[ Next Thread | Previous Thread | Next Message | Previous Message ]

Date Posted: *Wednesday, June14, 10:06:am*
Author: Michael G.
Subject: 😊 Our Good Neighbor, Mr. Dollinger

Talk about performance art, we had a good show last night at the ARC meeting. In addition to thinking he was above the law, Mr. Dollinger, when asked to show a little respect to the board, claimed he was being "silenced". All the John and Jane Does in the audience gasped.

Oh, and Mr. Cummings made a rare appearance, with the property file for 96 Broadway, including those plans that were mysteriously absent from that file when reviewed by a citizen with an appointment. It's no wonder. The plans showed a total rebuilding of the existing building. But, according to Mr. Dollinger, this building is "not historic" in spite of the fact that it was found to be built around 1850. But not to worry, he said he will be "making a few phone calls" and will be back at it again. Nothing like those pesky, negative rules holding back progress, eh, Mr. Bowles?

**VOYFORUMS**

Create a New Forum

**Rutherford Irish Shoes**
Irish Dancing Shoes and Accessories Choice of
Riverdance and Champions
www.rutherfordshoes.com

**American Coed Pageants**
Over $15M awarded Since 1983 Max of 45
girls , 6 age groups 3-22
www.misscoedpageants.com

**McMenamin Irish Dance**
irish dance academy milwaukee wi
dancer school
www.mcmenaminacademy.com

Ad

[ VoyUser Login not required ] [ Contact Forum Admin ] [ Main index ] [ Post a new message ] [ Check update time ]
[ Archives: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 ]

[ Next Thread | Previous Thread | Next Message | Previous Message ]

Date Posted: *Saturday, June17, 01:23:pm*
Author: John Dough
Subject: Re: Our Good Neighbor, Mr. Dollinger
In reply to: Darthy V. 's message, *"Re: Our Good Neighbor, Mr. Dollinger"* on *Wednesday, June14, 05:34:pm*

Where is this guy Dollinger obtaining all the cash he is throwing around? How about the attorney general investigating and ask him that question? BTW the recievers of the cash Cummings, Bowles, McGrane, Valentine et.al.should be questioned. This pilfering and bribery in our city has to stop.

[ Next Thread | Previous Thread | Next Message | Previous Message ]


**American Coed Pageants**
Over $15M awarded Since 1983
Max of 45 girls , 6 age groups 3-
22

**Rutherford Irish Dance**
Irish Dance Shoes and Accessories
Irish Dance Information and More

**David james elliott**
Browse a huge selection now. Find
exactly what you want today.

**McMenamin Irish Dance**
irish dance academy milwaukee wi
midwest dancer school

Ads by Google

[ VoyUser Login not required ] [ Contact Forum Admin ] [ Main index ] [ Post a new message ] [ Check update time ]
[ Archives: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 ]

---

[ **Next Thread** | Previous Thread | **Next Message** | **Previous Message** ]

**Date Posted:** *Tuesday, June13, 01:30:pm*
**Author:** BJ or maybe Jane Doe
**Subject:** Re: TH-R Dough-Boy Strikes again!
**In reply to:** BJ 's message, *"TH-R Dough-Boy Strikes again!"* on *Monday, June12, 05:18:pm*

Dougherty or Dollinger the lies go on forever. How do you sleep Mr. Dollinger? How deep into your pockets do you
have to go to buy Cummings and Th-Records Dough-Boy?

[ **Next Thread** | Previous Thread | **Next Message** | **Previous Message** ]

---

[ VoyUser Login ] Not required to post.

**American Coed Pageants**
Over $15M awarded Since 1983 Max of 45
girls , 6 age groups 3-22
www.misscoedpageants.com

**VOY Student Loans**
Low rates, and easy application. Apply by
email or phone.
www.voystudentloans.com

**Pageant – Model search**
Free Auditions/Open calls list. Get paid
modeling TV, Film, Show, Video
www.Casting-Call.us

Ads by Google

[ VoyUser Login not required ] [ Contact Forum Admin ] [ Main index ] [ Post a new message ] [ Check update time ]
[ Archives: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 ]

[ Next Thread | Previous Thread | Next Message | Previous Message ]

Date Posted: *Tuesday, June13, 01:58:pm*
Author: Darthy V
Subject: Re: Ignoring the Obvious
In reply to: Darthy V. 's message, *"Ignoring the Obvious"* on *Sunday, June11, 01:23:pm*

I was informed that the scum sucking waste of skin Dollinger is Rudy Lamars Lawyer. Why does it not shock me that these felons all hang together and work together. This Dollinger should be investigated for his illegal dealings in Newburgh.



Create a New Forum                                    · [ Go! ]

CREDITFINDER.US    MORTGAGE CENTER    AUTO CENTER    PERSONAL CENTER    RESEARCH CENTER

[ VoyUser Login not required ] [ Contact Forum Admin ] [ Main index ] [ Post a new message ] [ Check update time ]
[ Archives: 1 ]

**[ Next Thread | Previous Thread | Next Message | Previous Message ]**

**Date Posted:** *08:14:26 06/15/06 Thu*
**Author:** John Doe Number 33
**Subject:** Get Him

Get this asshole. Have BF call in every complaint he can. Have him watch the site at 96 for any activity.
He might spot some pot smoking by workers.use your imagination.

VoyForums

Create a New Forum

**New York Budget Hotels**
Five award-winning budget hotels in Midtown
Manhattan. Great deals!
www.applecorehotels.com

**Broadway Show Tickets**
Find tickets for all Broadway shows. Show
reviews, dinner deals & more
www.Broadway.com

**Privacy Tactics**
Learn how to protect your personal
information assets.
privacytactics.com

Ad

[ VoyUser Login not required ] [ Contact Forum Admin ] [ Main index ] [ Post a new message ] [ Check update time ]
[ Archives: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 ]
[ Next Thread | Previous Thread | Next Message | Previous Message ]

Date Posted: *Wednesday, June 14, 10:06:am*
Author: Michael G.
Subject: 😊 Our Good Neighbor, Mr. Dollinger

Talk about performance art, we had a good show last night at the ARC meeting. In addition to thinking he was above the law, Mr. Dollinger, when asked to show a little respect to the board, claimed he was being "silenced". All the John and Jane Does in the audience gasped.

Oh, and Mr. Cummings made a rare appearance, with the property file for 96 Broadway, including those plans that were mysteriously absent from that file when reviewed by a citizen with an appointment. It's no wonder. The plans showed a total rebuilding of the existing building. But, according to Mr. Dollinger, this building is "not historic" in spite of the fact that it was found to be built around 1850. But not to worry, he said he will be "making a few phone calls" and will be back at it again. Nothing like those pesky, negative rules holding back progress, eh, Mr. Bowles?

**VOYFORUMS**

Create a New Forum  [Go!]

**1000GreetingCards.com**   eMail GREETING CARDS   over 1000 to choose from   CLICK HERE

[ VoyUser Login not required ] [ Contact Forum Admin ] [ Main index ] [ Post a new message ] [ Check update time ]
[ Archives: 1 ]

[ **Next Thread** | Previous Thread | **Next Message** | Previous Message ]

Date Posted: *07:20:15 06/14/06 Wed*
Author: Michael G.
Subject: Dollinger Public Enemy #1

The ARC came through with shineing colors last night. Peter King you were great and Hail Mary!
Dollinger had his"Public Enema #1". He had the shit squeezed out of him. That squrimmy crooked
carpetbagger,pack up go back to California. You're through, you will get nothing, nadda out of the ARC.
Cummings"I made a mistake", He should go to jail for taking a bribe from The Donald Trump wannabe.

**Rutherford Irish Shoes**
Irish Dancing Shoes and Accessories Choice of Riverdance and Champions
www.rutherfordshoes.com

**American Coed Pageants**
Over $15M awarded Since 1983 Max of 45 girls , 6 age groups 3-22
www.misscoedpageants.com

Ads by Google

[ VoyUser Login not required ] [ Contact Forum Admin ] [ Main index ] [ Post a new message ] [ Check update time ]
[ Archives: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 ]

**Next Thread** | Previous Thread | **Next Message** | **Previous Message** ]

Date Posted: *Tuesday, June20, 01:28:pm*
Author: John and Jane does
Subject: Re: Newburgh Advocate
In reply to: Michael G. 's message, *"Re: Newburgh Advocate"* on *Wednesday, June14, 11:53:pm*

We as a group are the "Watchdogs of City Government" and illegal activities in our city. We support Michael Gabor, Barbara Smith and Brian Flannery in their persuit of justice. Mr. Dollinger you cannot win against the truth. Others have tried and failed. Thanks to the efforts of Jane Johnson and many others. The Advocate will breath down your neck and any others who get in the way of our fair city. Its legal growth is what matters to us, not bad officials who take bribes from you. Mr. Dollinger perhaps in California you got away with your shady way of business ,but that will not stand in Newburgh. You will not be permitted to continue, one way or another.

Next Thread | Previous Thread | Next Message | Previous Message ]

[ VoyUser Login ] Not required to post.
**Post a public reply to this message** | Go post a new public message
* *HTML allowed in marked fields.*

* Message subject (required):

Re: Newburgh Advocate

* Name (required):

E-mail address (optional):

* Type your message here:



Create a New Forum

**Rutherford Irish Shoes**
Irish Dancing Shoes and Accessories Choice of
Riverdance and Champions
www.rutherfordshoes.com

**American Coed Pageants**
Over $15M awarded Since 1983 Max of 45
girls , 6 age groups 3-22
www.misscoedpageants.com

**McMenamin Irish Dance**
Irish dance academy milwaukee wi
dancer school
www.mcmenaminacademy.com

Ad

[ VoyUser Login not required ] [ Contact Forum Admin ] [ Main index ] [ Post a new message ] [ Check update time ]
[ Archives: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 ]

[ Next Thread | Previous Thread | Next Message | Previous Message ]

**Date Posted:** *Saturday, June17, 12:07:pm*
**Author:** BJ
**Subject:** Re: Savoy
**In reply to:** Confuscious 's message, *"Savoy"* on *Friday, June16, 05:00:pm*

My most exalted and learned Confuscious. To answer your question, when we rid Newburgh of Regina, Bowles, McGrane, and Little Nicky for starters. That will stop Criminals like Dollinger from bribeing our building inspector in order to get permits. Our Friends on The ARC have stopped him dead in his tracks . Mr. "Doll"inger paid a handsome sum to Rudy for 96 Broadway, along with some "Cash under the table for Rudy". Stay tuned readers of this site, all of the corruption will come out at the lawsuit trial . Mr. Dollinger do you really want to be exposed?

[ Next Thread | Previous Thread | Next Message | Previous Message ]




Create a New Forum

**Rutherford Irish Shoes**
Irish Dancing Shoes and Accessories Choice of
Riverdance and Champions
www.rutherfordshoes.com

**American Coed Pageants**
Over $15M awarded Since 1983 Max of 45
girls ; 6 age groups 3-22
www.misscoedpageants.com

**McMenamin Irish Dance**
Irish dance academy milwaukee wi
dancer school
www.mcmenaminacademy.com

Ad

[ VoyUser Login not required ] [ Contact Forum Admin ] [ Main index ] [ Post a new message ] [ Check update time ]
[ Archives: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 ]

[ Next Thread | Previous Thread | Next Message | Previous Message ]

Date Posted: *Saturday, June17, 12:07:pm*
Author: BJ
Subject: Re: Savoy
In reply to: Confuscious 's message, *"Savoy"* on *Friday, June16, 05:00:pm*

My most exalted and learned Confuscious. To answer your question, when we rid Newburgh of Regina, Bowles, McGrane, and Little Nicky for starters. That will stop Criminals like Dollinger from bribeing our building inspector in order to get permits. Our Friends on The ARC have stopped him dead in his tracks . Mr. "Doll"inger paid a handsome sum to Rudy for 96 Broadway, along with some "Cash under the table for Rudy". Stay tuned readers of this site, all of the corruption will come out at the lawsuit trial . Mr. Dollinger do you really want to be exposed?

[ Next Thread | Previous Thread | Next Message | Previous Message ]

**Rutherford Irish Shoes**
Irish Dancing Shoes and Accessories Choice of
Riverdance and Champions
www.rutherfordshoes.com

**American Coed Pageants**
Over $15M awarded Since 1983 Max of 45
girls , 6 age groups 3-22
www.misscoedpageants.com

**McMenamin Irish Dance**
Irish dance academy milwaukee wi
dancer school
www.mcmenaminacademy.com

Ad

[ VoyUser Login not required ] [ Contact Forum Admin ] [ Main index ] [ Post a new message ] [ Check update time ]
[ Archives: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 ]

[ Next Thread | Previous Thread | Next Message | Previous Message ]

Date Posted: *Saturday, June17, 12:15:pm*
Author: Darthy V
Subject: Re: Savoy
In reply to: Darthy V. 's message, "*Re: Savoy*" on *Tuesday, June06, 09:26:am*

Just when you thought all the fun was over... We have Doug Dollinger. Perfect. He blows into town greases Rudy and then greases the sweaty palm of Bill Cummings.In order to get a building permit. ohh la la. Nice The Douglass destroys one of the most historic buildings on broadway and wonders why the ARC is upset. FYI Sy Sperling of the Hair Club for Men is a personal friend of Mr. Dollinger. Nice photo work DJ. Public ridecule is the order of the day for Dougie boy.

[ Next Thread | Previous Thread | Next Message | Previous Message ]

VOYFORUMS

Create a New Forum    Go!


1000GreetingCards.com    eMail GREETING CARDS    over 1000 to choose from    CLICK HERE

[ VoyUser Login not required ] [ Contact Forum Admin ] [ Main index ] [ Post a new message ] [ Check update time ]

[ Next Thread | Previous Thread | Next Message | **Previous Message** ]

**Date Posted:** *16:17:12 06/17/06 Sat*
**Author:** BJ
**Subject:** Re: GET OUT WHITE TRESSPASSERS
**In reply to:** MG 's message, *"Re: GET OUT WHITE TRESSPASSERS"* on *16:14:18 06/17/06 Sat*

>>weird
>We will own all of Newburgh and it will be all of you
>tahat are gone.


Excuse me! The White settlers are who settled this land. Before the europeans it was the savages that prevailed. Although a woman of color, I know our place in history.

**EXHIBIT "24"**

# CITY OF NEWBURGH
# ARCHITECTURAL REVIEW COMMISSION

Mary Crabb, Chairperson                    Nancy Evans, Secretary
123 Grand Street, Newburgh, N.Y. 12550   (845) 569-7400 Fax 569-0096

**ARCHITECTURAL REVIEW COMMISSION** meeting of **June 13, 2006.**

The regular meeting of the City of Newburgh **Architectural Review Commission** was held on Tuesday, June 13, 2006 at 7:30 p.m. in the Activity Center at 401 Washington Street, Newburgh, New York.

**Members Present:**    Mary Crabb, Chairperson
                       Keith Neito
                       Peter King
                       Barbara Lonczak
                       Vincent Trunzo
                       Don Herron
                       Charles Passarotti

**Members Absent:**    None

**Also present:**      Michelle Kelson, Asst. Corporation Counsel

The meeting was called to order at 7:30 p.m. after a quorum was confirmed.

## OLD BUSINESS

AR 2006-13         **64-68 Clinton Street**
                   For construction of a new home.
                   **Applicant: Charles Brown and Carolyn Micheli**

The Chairperson of the Board then opened the Public Hearing by reading the text of the notice.

Mary Crabb recused herself from chairing this application. Keith Neito chaired in her place.

Carolyn Micheli appeared before the Board.

Ms. Micheli submitted new drawings with color choices, doors, shingles, dimensions of house and elevations.

Mr. Herron expressed his feeling that the windows from that time period should be one over one instead of eight over eight.

1

Ms. Micheli agreed to change windows to one over one.

Ms. Micheli understood that although the Board accepted the Queen Anne design it did not mean that they would approve it. She did research and she brought more things that are for a Victorian House. The lattice will be eliminated.

The following are comments made by the Board:

Mr. Neito: The new drawing does not have the same charm.

Mr. Herron: The proportions of the façade are a lot larger. The proportions on the original one were tighter and nicer and they really fit.

Mr. King: I think it is a large chunk on the street as opposed to what's there.

Ms. Lonczak: The bay windows seem prairie style. I believe an architect is needed to help with small details. Someone who understands proportions and is sensitive to both of the issues we are talking about.

Ms. Micheli's reply to this: When I did my research the Queen Anne has many features. It's an A symmetrical shape, it has a front gable, it has a porch on both sides, it has round or square towers, bay windows, different kinds of styles for spindles. These Queen Anne homes are every ostentatious. They are similar to the plans I have made. Not balanced. Many people do not like Queen Anne style.

Ms. Lonczak: You might want to consider a smaller home. Simply because going with a smaller home you may be able to invest in a higher quality design and materials.

Mr. Passarotti: I think what also throws it off is that the sides of the house do not have the same charm as the front. The sides are straight and simply have windows stuck where you need them. Needs three dimensional quality on all sides.

There were no people to speak for or against this application.

The public hearing was completed on June 13, 2006.

A motion to approve the application was made by Ms. Lonczak and seconded by Mr. Trunzo.

The motion was denied with a vote of 2-4 with one abstention.

The applicant asked if they needed to reapply?

Assistant Corporation Counsel told applicant they did not need to reapply but they would need a new public hearing when they were ready to return.

**AR 2006-25**    **229-231 Dubois Street**
To install 2 Anderson French patio doors 60 x 80 steel doors; paint front door BM Alexandria Beige HC-77; replace basement doors with metal latch Gordon cellar doors and paint with BM Alexandria Beige HC-77; poured concrete 20' x 25' patio stamped; one 12" step from French doors to patio: replace front door entry with 3 step down 5 ½ x 6 10" depth; install rod iron railings, 18 vinyl shutters painted BM Alexandria Beige HC-77.
**Applicant: Toni Maria Colandrea**

The Chairman of the Board then opened the Public Hearing by reading the text of the notice.

Mr. and Mrs. Colandrea appeared before the Board.

The applicants are returning before the Board this month because their application was tabled last month.  It was requested that the applicant return this month with current photographs of the property and information on the materials to be used such as the type of vinyl shutters, basement doors, etc.

The French doors have already been installed without approval.

There were no people to speak for or against this application.

The public hearing was completed on June 13, 2006.

A motion to approve the application was made by Mr. King, and seconded by Mr. Trunzo.

When Mr. King made his motion to accept this project as completed he stated that it is always with regret that it wasn't caught before the work was completed.

The motion was passed with a vote of 7-0.


**NEW BUSINESS**

**AR 2006-36**    **94 Johnston Street**
To paint body of house white and paint trim using three colors (New London Burgundy, Lafayette Green and Stonington Gray)
**Applicant: Juan Eduardo Cardozo Samudio**


The Chairman of the Board then opened the Public Hearing by reading the text of the notice.

Juan Eduardo Cardozo Samudio appeared before the Board.

The work has already been completed.

Mr. Cummings explained to the Board. This gentleman was before the Board a while back and got ARC approval to do work. However, in the application he did not list that he was painting the building. So when he received all his approvals, I believe there was a language barrier at the time, he thought he had permission to do the painting and the trim but we could not find it in the search of the records that was authorized. In his application be said he was going to paint the building but you did not give approval. He got a violation obviously to come back. At Ms. Crabb's request, we researched the record and found that it was not in the approval. She took a ride out to take a look at the trim that was done. That's why he's back. He was here before and met all the requirements and got the approvals except it wasn't in the approval for the paint.

Mr. Samudio came before the Board approximately two years ago.

The colors chosen are Benjamin Moore brand.

There were no people to speak for or against this application.

The public hearing was completed on June 13, 2006.

A motion to approve the application was made by Ms. Lonczak and seconded by Mr. King.

The motion was passed with a vote of 7-0.


## PUBLIC HEARINGS

| 2005-09 | 145 South William Street |
|---|---|

To install a new metal roof, new cultured stoning face on façade and piers, new Sto siding, new cornice, new doors and aluminum clad windows and new exterior columns. The existing brick is to remain.
**Applicant: Edward Wolfe Jr.**

The Chairman of the Board then opened the Public Hearing by reading the text of the notice.

Anthony Coppola appeared before the Board.

Mr. Coppola explained that this applicant appeared before ARC in 4/2005 for a recommendation to the Zoning Board. They received a Zoning Variance to convert an existing warehouse into a 6 family apartment building. Each apartment will be approximately 800 square feet. There will be 4 doorways to enter the building two of which have a common door

with a short hallway. There will 3 apartments with 2 bedrooms each and 3 apartments with 1 bedroom each. It's an L shape lot up on the hill. Tonight I am here for elevation and materials to be used.

There are 3 different kinds of material there. The flush block, the center section of the building is brick and the Monument wing portion is an older split face block. We are going to break building up into 3 sections but continue a common theme through the whole thing. The building is not listed in the Historical book. A non-contributing building. Refacing the entire façade. Rearranging all new windows because the windows that are there really don't work with what our plans are for the interior division of the six apartments so the windows that you see here are new. Some of them fall within the existing openings and some of them don't. Aluminum roof to continue over all 3 sections of the building. Apple cultured stone to the bottom to the brick piers that are running along the overhang. Very body of these 3 portions. The brick in the center – that stays and gets painted and then apply concrete siding board, instead of Sto siding, that will be painted it's not a vinyl product – Hardy Board – a manufactured product. In the center – raise the roof to do a little bit of detail with some bracketing and panels. The cultured stone will be the same color throughout. The aluminum roof is the same color, the trim is the same color and then very the colors of the body. The overhang is aluminum and sticks out 3 to 4 feet with columns only on the porch. An aluminum fence will be installed with ½" x ½" straight pickets with a sliding gate.

Mr. Herron suggested that the windows and doors would look better plain, one over one, and Mr. Coppola agreed to change that.

Mr. Neito asked Mr. Coppola if the cornice needed that much detail?

Mr. Coppola agreed that it was too busy and agreed to simplify the cornice.

When the Chairperson asked if there was anyone present that would like to speak in favor of this appeal the following individual spoke:

Michael Newell, 20 Liberty St W.H., Newburgh, New York
Michael Gabor, 297 Grand Street, Newburgh, New York

Mr. Newell likes the improvement this will bring. Mr. Gabor had questions about the aluminum roof, he did not understand what was being used.

There were no people to speak against this application.

The public hearing was completed on June 13, 2006.

A motion to approve the application was made by Ms. Lonczak and seconded by Mr. Neito.

The motion was passed with a vote of 7-0.

AR 2006-28        **177-179 Broadway**
To install a new sign, new Sto cornice, new privacy fence,
new exterior door, new aluminum clad windows, new steps
and railings and re-point masonry.
**Applicant: Alfa Property Management and Construction
Real Estate Co. Inc.**

The Chairman of the Board then opened the Public Hearing by reading
the text of the notice.

Anthony Coppola appeared before the Board.

Mr. Coppola explained that the building is to be a take out restaurant
approximately 1000 square feet. The existing monument sign will be
renovated and will remain. Restore brick back to its original and repoint
masonry. The windows will be aluminum clad and painted dark brown.
The new doors will also be painted dark brown and highlighted with wall-
mounted awnings. They will remove the 3rd door and fill with brick. An
ornamental metal privacy fence will be installed.

The owner would like lighted letters so they will use paneled stucco without
diamonds so letters can be installed with lighted letters. They will use a
salmon color for the stucco. This portion was not voted on and the
applicant will return at a later date to talk more about this signage and
the colors to be used. The public hearing was not left open.

There were no people to speak for or against this application.

The public hearing was completed on June 13, 2006.

A motion to approve the application was made by Mr. King and
seconded by Mr. Neito.

The motion was passed with a vote of 7-0.

AR 2006-32        **2 Bayview Terrace**
To renovate a non-occupied carriage house into a one car
garage with storage. Renovations will include installation
and replacement of windows, replace doors and update
façade. Shingles to be GAF architectural shingles color –
Fox Hollow Gray; siding – Philadelphia Cream (HC-30); and
trim – Van Courtland Blue (HC-145).
**Applicant: Rafiq Majeed**

The Chairman of the Board then opened the Public Hearing by reading
the text of the notice.

Anthony Coppola appeared before the Board.

Mr. Coppola stated that this is the 3rd time he has come before the ARC

6

for this property. Sometime last year they were here for the main house. There was a horrific fire here. It burned through the roof and they were here for the restoration of the main house to a single family. Then I was here in December for a proposal which was not approved by the Zoning Board and that was dealing with the carriage house that's in the rear. The proposal that was not approved was to convert this into a single family. The main house being a one family and this would be a second family on that site. That was not approved. What we are here for tonight is to try to make sense of what to do with this carriage house so we can get it approved and get it looking like the main house looks now. We want to remove this front one story garage. The building with the long shed roof is the building they want to remove. The carriage house sits behind that garage. The carriage house was original. The garage was an add on. They would like to remove that and give them a bigger driveway and then develop this carriage house into a garage and partial storage. They will put one overhead door center it right under this reverse gable. We will use a carriage style door that looks like it operates on hinges not an upward acting door. Take the same architectural theme from the main house. Everything will match with the main house. They will keep windows and hay door. They will remove skylight and possibly remove the chimney. They won't need either of those.

There were no people to speak for or against this application.

The public hearing was completed on June 13, 2006.

A motion to approve the application was made by Ms. Lonczak and seconded by Mr. Trunzo.

The motion was passed with a vote of 7-0.

AR 2006-33              20 Liberty Street, W.H.
                        To paint front of building in Opal Cream; repair-replace
                        front entrance wood stairs with treated wood; touch up
                        cement stairs with a sand and cement topping.
                        **Applicant: Michael and Lucy Newell**

The Chairman of the Board then opened the Public Hearing by reading the text of the notice.

Michael and Lucy Newell appeared before the Board.

Mr. and Mrs. Newell explained to the Board what they wanted to do.

Mr. Neito suggested that they repoint the brick and Mr. and Mrs. Newell agreed to do this.

Somethings that were not submitted in their application which were approved are to paint the trim to match the dark green on the top of the building, to paint the retaining wall Opal Cream, to repoint brick and to power wash the building.

7

When the Chairperson asked if there was anyone present that would like to speak in favor of this appeal the following individual spoke:

Miquel Marquez, Coldwell Bankers

Mr. Marquez wanted to let everyone know that the dark green trim will look very nice against the cream color of the house.  Mr. Marquez stated that these two colors are a popular combination right now.

There were no people to speak against this application.

The public hearing was completed on June 13, 2006.

A motion to approve the application was made by Ms. Lonczak and seconded by Mr. Neito.

The motion was passed with a vote of 7-0.


AR 2006-34          10 Bayview Terrace
                    To restore existing clapboard siding (after removing asphalt
                    and aluminum siding), restore Yankee gutters, replace
                    damaged/broken windows with wood reproduction
                    windows, replace failed roof with asphalt shingles – color to
                    match original cedar shingles, rebuild missing/unoriginal
                    porches, remove added external stairway and restore
                    existing front door.
                    **Applicant: Isaac Diggs**


The Chairman of the Board then opened the Public Hearing by reading the text of the notice.

James Hartford, Isaac Diggs and Ariyike Diggs appeared before the Board.

Mr. Hartford explained the project to the Board.

The dwelling was built in 1888.  It is currently unoccupied.  The owners would like to change it from a three family to a one family.

Mr. Herron is happy they are making it a one family.

Mr. Neito thinks they are taking on a brave project.

When the Chairperson asked if there was anyone present that would like to speak in favor of this appeal the following individuals spoke:

Maryann Prokosch, Galloway Avenue, Newburgh, New York
Michael Gabor, 297 Grand Street, Newburgh, New York
Sal Salazar from Sal's Contracting, Newburgh, New York

The above individuals thought it is wonderful that the owners are restoring this home to what it was and making in a one family again.

There were no people to speak against this application.

The public hearing was completed on June 13, 2006.

A motion to approve the application was made by Mr. King and seconded by Ms. Lonczak.

The motion was passed with a vote of 7-0.

**AR 2006-35**        **30 South Miller Street**
                      **To install handrail on front porch.**
                      **Applicant: John Migliaccio**

The Chairman of the Board then opened the Public Hearing by reading the text of the notice.

Richard Milton appeared before the Board.

Mr. Milton informed the Board that Mr. Migliaccio was notified by the insurance company that he needed a handrail in place within 7 days or his insurance would be cancelled. He installed the handrail and then received a violation from the Code Compliance Department because he did not have ARC approval. Mr. Migliaccio did not have time to appear before the ARC before the 7 days were up.

Mr. Cummings verified that the work meets code.

Mr. King stated that the work has been done without our approval and actually this is one of the few times that this has happened where I do understand what happened. I don't see any reason to knock down the new structure at this point.

There were no people to speak for or against this application.

The public hearing was completed on June 13, 2006.

A motion to approve the application was made by Ms. Lonczak and seconded by Mr. Trunzo.

The motion was passed with a vote of 7-0.

**AR 2006-37**        **81 South Street**
                      **To replace rails on front steps; replace fence at front of building to match rails; install security picket fence at rear of building; construct deck at rear of building; replace/repair foundation under front steps; replace steps**

to basement front and back; repair basement walls; install
concrete floor to basement.
**Applicant: Norma Harley**

The Chairman of the Board then opened the Public Hearing by reading
the text of the notice.

Norma Harley and her daughter appeared before the Board.

There were no people to speak for or against this application.

The public hearing was completed on June 13, 2006.

A motion to approve the application was made by Ms. Lonczak and
seconded by Mr. Trunzo.

The motion was passed with a vote of 7-0.

|            |                                                      |
|------------|------------------------------------------------------|
| AR 2006-38 | **149 Broadway**                                     |

To install two metal signs (front and side view) – yellow.
Dimensions: front – 8'-7" W X 34" H flat panel sign, side – 8'-
11" X 34" H flat panel sign.
**Applicant: Gerry Sanchez**

The applicant did not appear before the Board. This matter is tabled for
applicant's appearance.

|            |                                                      |
|------------|------------------------------------------------------|
| AR 2006-39 | **96 Broadway**                                      |

For addition, alterations and repairs to doors, roof,
windows, steps, clock, finials, columns, and decorative
cornices. Paint colors to be beige and white.
**Applicant: 96 Broadway LLC**

The Chairman of the Board then opened the Public Hearing by reading
the text of the notice.

Douglas Dollinger appeared before the Board.

Mr. Dollinger - You have my application. Do you have any questions?

Ms Crabb – Tell us what you would like to do?

Mr. Dollinger – I'm already doing it. I have a building permit I cannot proceed
forward. I'm here to help you. If you have any questions please let me know.

Ms. Crabb - Tell us what you would like to do, I mean this is a public hearing, this is
open to the public and the public needs to know exactly what you want to do
with this building.

Mr. Dollinger – Well actually they can go and view the file at the Building Dept.

Ms. Lonczak – That's not how we do it.

10

Ms. Kelson – Do the Board the courtesy of explaining...

Mr. Dollinger – They are not a Board. They are not a Board.

Ms. Kelson – Excuse me Sir! Please do the members of this Commission the courtesy of explaining what your plans are for the exterior renovations of this building. Thank you.

Mr. Dollinger – Do you have any specific questions concerning this building?

Ms. Kelson – We are asking you to give us a brief overview.

Ms. Lonczak – May I ask a question?

Mr. Dollinger – Yes.

Ms. Lonczak – How come you didn't come to the ARC before you started tearing that gorgeous building down?

Mr. Dollinger – First of all that gorgeous building was absolutely falling apart and it the City had done it's job they would have known it was a detriment to the public. People's lives were in jeopardy. The _____ was cracked and falling. It had been covered with fiberglass. The brick could be removed by hand.

Ms. Lonczak – I was in that building and that's your opinion.

Mr. Dollinger - Do you have a degree in engineering?

Ms. Lonczak – No I don't.

Ms. Kelson – Excuse me Mr. Dollinger. My name is Michelle Kelson, I'm the Assistant Corporation Counsel for the City of Newburgh. This Board has a civic responsibility as designated by the State of NY to review your exterior plans for the property and if you do not co-operate with this Board you will find yourself having more difficulties completing your project.

Mr. Dollinger – Thank You. My project is underway. I just want to make myself perfectly clear. I am not going to be intimidated by anyone .......

Ms. Kelson – No one is trying to intimidate you. We are asking for some common courtesy.

Mr. Dollinger – I will tell you again. Your wrong. My application......

Mr. Neito – Wrong, I haven't heard.....

Ms. Kelson – We are asking for some common courtesy.

Ms. Crabb – Wait a minute, wait a minute. Time Out. Let's be respectful to everybody here. We are here to help you. We are here to help you. Mr. Cummings would you like to explain what happened with this building?

11

Mr. Cummings – Mr. Dollinger made or rather a staffer made an application in 2005. In 2005 when the gentleman came forward to make the application the intent was to do in kind repair to the front of the building. There were numerous reviews. Mr. Dollingers engineers requested a roofing permit approximately January 2005 due to the detrimental weather after an engineering review and a structural review and his engineers stating that the safety of the building, we issued a roof permit only. At the same time they began the Building Permit review process. During that process one of Mr. Dollinger's representatives was advised they needed to come before ARC. However, because we were already in the building permit process, I missed that notice. The building permit process to review the building was finalized in April 2006. The building permit was issued in May of 2006. When the building work started to be done we received complaints. The officer in charge of that area checked the file, there was no ARC approval. Went up and saw that there was more than in kind work being done. A Stop Work Order was issued. Mr. Dollinger was asked to come into the office. The Chairperson was also asked to come into the office which is standard when we have one of these issues. Mr. Dollinger explained what happened. The front of the building was deterioration of the lintels more than what any of the engineers thought before they started opening the building up. It was agreed at that point that no exterior work would be issued. The stop work was issued, and that they were to appear before the ARC to receive the proper approvals for the exterior work. Mr. Dollinger then made an application to the board and we are here today.

Ms. Lonczak – But work continued after that Stop Work.

Mr. Cummings – Work continued on the interior not the exterior. Let me further say that presently the interior work has also been stopped.

Ms. Lonczak – But from our last ARC meeting when Mary had informed us that she had met with you and Mr. Dollinger that there was a stop work order. I drove by within three days and saw that there was new work being done. And since then I have.....

Ms. Crabb – On the exterior?

Ms. Lonczak – Yes. In the front on the top floor.

Mr. Cummings – To my knowledge and I will go back and look. I was just at the building a week ago. There has been no work since the day we put the stop work order on.

Mr. Dollinger – To answer your question in reference to the stop work order. All work was stopped. What you are looking at is shoring (unintelligible).

Mr. Neito – That may be your opinion sir and if I may add, and I'm speaking now, this board treats everyone in front of it with respect. I don't want to hear anymore about accusations of intimidation from you. And speak to us with respect. We have zero tolerance for anything else other that that.

Mr. Dollinger – Do you have a question that relates to the building?

12

Mr. King – Yes I do.

Mr. Dollinger – Can I have your name?

Mr. King – Yes I'm Peter King.  What is this and what was the building?

Ms. Crabb – We don't have a photograph of what it was before.

The board wants to see a picture of what the building looked like before any work was done.

There were no people to speak for this application.

When the Chairperson asked if there was anyone present that would like to speak against this appeal the following individuals spoke:

Michael Gabor, 297 Grand Street, Newburgh NY
Mr. Gabor produced a picture of 96 Broadway from many years ago.  Mr. Gabor also stated that he would like the ARC to look at the property file for this property. He believes there is a letter in it from October or November of 2005 that the board should look at.

Brian Flannery, 5 Norton, Newburgh, NY
Mr. Flannery think's it is great that we seek the publics input.  He would also like to know if this will require a parking or area variance.

Barbara Smith, 345 Powell, Newburgh, NY
Wants to know if Mr. Dollinger was aware that there was an ARC or does he believe he is above the law and can do whatever he wants to do?

Maryann Prokosch, 22 Galloway Ave, Newburgh, NY
Many bizarre changes to the exterior of the building.  It looks like there is going to be a large window on the second floor.  Should he have had an extensive, special building permit for what he has done.
If the building has been vacant for more that 6 months they may need a variance for their setbacks.

Art Valensic, Newburgh, NY
Is it an historic building? And why is it being altered so much?

John Lonczak, Newburgh NY
Thinks board should investigate how this got so far with no one doing anything. The building is right across from City Hall within the eyesight of the City Manager. If this building is in violation of so many things how did it get so far out of hand so many months and how can we avoid this in the future.  At this point everyone has a black eye.

Ms. Crabb stated that based on the magnitude of this she was going to keep the public hearing open.  Mr. Cummings did you find anything in the property file.

Mr. Cummings – Nothing from '05.

Ms. Kelson – At this point in time what I would suggest is putting aside the how and the why and maybe using the application that is before you to gleam some additional information from the applicant to determine whether or not you can move this application forward. Now on page 2 of the application under description of work the applicant lists an addition, alterations, repairs, doors, roof, windows, steps, clock finials, columns, decorative cornices, beige and white paint. So I think we can craft some intelligent questions using these points to find out exactly what the applicant plans to do with the property. For example, you have listed an addition. Can you please tell me what addition you are making to this building?

Ms. Crabb – May I ask one question before you go on? Does this have to go before the Zoning Board?

Ms. Kelson – I don't know enough about the application and at the first instance it's not my call as counsel.

Mr. Dollinger – The clock was purchased in Australia. I think it will enhance the city. It lights up. The addition is to the rear portion of the building. The design was taken from a church and we want it to conform with what was there. We thought it would enhance the block. There is no change to the footprint of what is there. They bought the lot behind for parking. Are providing handicap access in two places. Did you have another question?

Ms. Kelson – Can you explain to us what part of the exterior of the property needed to be repaired and how you plan to repair them?

Mr. Dollinger – The building had some sort of molding on the lower portion. Because of that the brick veneer became wet and started to crumble. To fix this we were hoping to put foundation stone in its place because there is no way to bring that brick back to life. After that they would do the cornice. Then replace windows with 4 over 4 energy efficient.

Ms. Lonczak – Replace. Not move.

Ms. Dollinger – There are two windows. If you look at the center peak of the turret there is one window there that someone a long time ago replaced and moved the window and it just doesn't look right. So we have extra brick and align the windows so it is straight.

Ms. Lonczak – You added all the windows at the top.

Mr. Dollinger – Yes. The windows at the top will all be added but it's not without reason. It's because the existing windows on the Liberty side have not lined up. They changed them and shifted them to the left.

Ms. Lonczak – You said the windows are 4 over 4. The original windows were 1 over 1.

14

Ms. Crabb – In this old picture they were 1 over 1. I don't know what was there before he started.

Mr. Dollinger – And the question is does it enhance or does it take away from the view?

Ms. Crabb – Well it's the historical district.

Mr. Dollinger – It is not a historical building.

Ms. Lonczak – It is an historical building and in the 1980's.

Everyone was talking over each other.

Ms. Crabb – You know there is no sense continuing this if we cannot talk to each other intelligently and with respect. I refuse to have somebody talking to my Commission like this. I suggest we table this tonight. Get the appropriate photographs and the necessary information we need to act on this.

Mr. King – Are we taking a position on lead agency?

Ms. Kelson – No. You would be responsible for doing your environmental review. So for the purposes of reviewing the…

Mr. King – I think this is an action. I would come out with a negative declaration.

Ms. Kelson – I think your putting the cart before the horse. You don't even know what the full extent of the renovations are.

Mr. King – I've seen it. I've seen what already occurred and if this were under the Secretary Standards the rehab obviously would not be acceptable.

Ms. Kelson – You would not negative dec. I think again your putting the cart before the horse.

Ms. Lonczak – Did you know you had to come before the ARC?

Mr. Dollinger – I obtained the permit (unintelligible) as Mr. Cummings told you they did not notify us.

Mr. Crabb – Answer her question. Did you know you had to come before the ARC? Did you have an idea?

Mr. Dollinger – If I knew I had to come before the ARC do you think I would have taken a half a million dollars out of my own pocket and let it sit there. What is the plan here? I am sitting here trying to make money for you.

Everyone started talking over each other.

Ms. Crabb – I'm not going to tolerate this.

Ms. Lonczak – One other question.  Have you done anything like this before in a historic district?

Everyone started arguing

Ms. Crabb – At this time I'm going to table this application.  I need a motion to table this application.

A motion to table the application was made by Mr. King and seconded by Mr. Neito.

The motion was passed with a vote of 7-0.

Ms. Crabb – Notion to adjourn?

Mr. Trunzo made the motion.
Mr. King 2nd.
All in Favor

Meeting adjourned at 10:00 p.m.


Respectfully submitted,


Nancy Evans
Secretary