UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
96 BROADWAY, LLC, et al.,

        Plaintiffs,

-vs-                                             07 Civ. 6689 (SCR)
                                                              ECF Case

THE CITY OF NEWBURGH, et al.,

        Defendants.
------------------------------------------------------X

**BERGSTEIN AFFIRMATION IN RESPONSE TO PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO MOTION TO DISMISS COMPLAINT**

        STEPHEN BERGSTEIN, having been duly sworn, deposes and states:

1.     This firm represents defendant Michael Gabor in the above-styled matter. Pro se plaintiff Douglas Dollinger is seeking an enlargement of time to file his papers in opposition to Gabor's motion to dismiss the Complaint.

2.     I have no objection to Dollinger's request to file his opposition papers by December 31, 2007. However, through this affirmation, I am respectfully requesting until January 21, 2008 to file our reply papers. I make this request in light of a busy litigation schedule over the first two weeks of January 2008.

Dated: December 17, 2007

                                                      _S/_____
                                                      STEPHEN BERGSTEIN